IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JUSTIN NICKSON, JULIUS McCOGGLE, and LATONYA PYE, <br><br> Plaintiffs, <br> v. <br><br> BISCUITS AND BURGERS, LLC, <br><br> Defendant. | Civil Action 7:11-CV-12 (HL) |

**ORDER**

This case is before the Court on the parties' Joint Notice of Agreement to Arbitrate and Motion to Stay Case Pending Completion of Binding Arbitration (Doc. 15). The Motion to Stay is granted, in part, and denied, in part, as follows.

The parties are ordered to proceed immediately to arbitration of their dispute. The award of the arbitrator shall be entered as judgment of the Court. However, the Court will not retain jurisdiction for purposes of enforcement of the judgment. If a problem arises with enforcement of the judgment, the parties will be required to file a new civil action.

Pending arbitration, the proceedings in this case are stayed. The parties are to file a report on July 1, 2011 informing the Court of the status of the arbitration. If the arbitration is not proceeding in what the Court perceives to be a timely manner, the stay in this case may be lifted.

**SO ORDERED**, this the 28th day of April, 2011.

mbh

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**